Rahsheila Irons

P O Box 131

Walls, Mississippi 38680

Filed 3/2/26 at 11:30 A.M. ___P.M.
United States Bankruptcy Court
Northern District of Mississippi
Shallanda J. Clay, Clerk

Northern District of Mississippi

703  Hwy 145 North

Aberdeen, Mississippi 39730

Greetings!

I, Rahsheila Irons, has taken the Debtor course and Credit Counseling course. I just need the case number to put on them. I will print and bring it right back to file with my other papers.

Thank you kindly!